IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| VIRGIN RECORDS AMERICA, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 06-0247-BH-B |
| KENT JONES, | ) ) | |
| Defendant. | ) | |

**ORDER**

This action is before the Court on plaintiffs' motion (doc. 11) for the entry of a default judgment against the defendant for statutory damages in the amount of $7, 500.00, an injunction in the form sought in the complaint, and costs in the amount of $420.00.[1] Upon consideration of the motion and all pertinent portions of the record, the Court concludes, for the reasons stated therein, that the motion is due to be granted and that an evidentiary hearing is not required.

Evidence in the record establishes that service of the summons and complaint was perfected on the defendant, Kent Jones, on May 25, 2006 (Doc. 6). Kent Jones failed to answer or otherwise defend himself in this action. Consequently, the Clerk of this Court

---

[1] The judgment sought in this action is specifically:
    a.    The minimum statutory damages provided by § 504 of the Copyright Act ($750), 17 U.S.C. § 504(c), for each of the ten (10) infringements alleged in the Complaint, for a total of $7,500.00.
    b.    An Injunction pursuant to § 502 of the Copyright Act, 17 U.S.C. § 502(a); and
    c.    Costs pursuant to § 505 of the Copyright Act, in the amount of $420.00.

entered a default against the defendant on July 7, 2006 (Doc. 9).   Kent Jones has, by his default, conceded the truth of the allegations of the Complaint as to his liability for copyright infringement, namely the fact that he used an online media distribution system to copy the copyrighted sound recordings listed on Exhibit A to the Complaint and to distribute those recordings to other users of the system.  Plaintiffs are entitled to the minimum statutory damages they seek, namely $750.00 for each of the ten (10) infringements alleged in the Complaint, for a total of $7,500.00.  Plaintiffs are also entitled to the costs they seek in the amount of $420.00.  Plaintiffs are also entitled to the injunctive relief they seek.

It is therefore **ORDERED** that **JUDGMENT** be entered in favor of the plaintiffs, Virgin Records America, Inc., Capital Records, Inc., Sony BMG Music Entertainment, Atlantic Recording Corporation, Arista Records LLC, Warner Bros. Records Inc., and BMG Music, and against the defendant, Kent Jones, as follows:

1.   Kent Jones shall pay to the plaintiffs through their counsel the minimum statutory damages in the amount of $7,500.00;

2.   Kent Jones shall pay to the plaintiffs through their counsel costs in the amount of $420.00; and

3.   Kent Jones shall be and is hereby enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)

("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Kent Jones shall also destroy all copies of Plaintiffs' Recordings that he has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in his possession, custody. or control.

**DONE** this 20th day of July, 2006.

s/ W. B. Hand<br>
SENIOR DISTRICT JUDGE