# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| VIRGIN RECORDS AMERICA, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 06-0247-BH-B |
| KENT JONES, | ) ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the plaintiffs, Virgin Records America, Inc., Capital Records, Inc., Sony BMG Music Entertainment, Atlantic Recording Corporation, Arista Records LLC, Warner Bros. Records Inc., and BMG Music, and against the defendant, Kent Jones, as follows:

1. Kent Jones shall pay to the plaintiffs through their counsel the minimum statutory damages in the amount of $7,500.00;

2. Kent Jones shall pay to the plaintiffs through their counsel costs in the amount of $420.00; and

3. Kent Jones shall be and is hereby enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)

("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Kent Jones shall also destroy all copies of Plaintiffs' Recordings that he has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in his possession, custody. or control.

**DONE** this 20th day of July, 2006.

s/ W. B. Hand<br>SENIOR DISTRICT JUDGE