# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 06-0247-BH-B |
| KENT JONES, ) ) | |
| Defendant. ) | |

## ORDER

This action is before the Court on defendant's motion (Doc. 16) to set aside the default judgment (Doc. 14) entered in this action on July 20, 2006. Upon consideration of the motion, plaintiffs' response (Doc. 18) in opposition thereto, and all other pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that the motion is due to be and is hereby **DENIED** for the reasons stated by the plaintiffs.

The Court specifically concludes that the defendant has failed to present any reasonable justification for his failure to answer the lawsuit or any meritorious defense that would affect the outcome of the case. *See e.g.*, Fed.R.Civ.P. 60(b)(1); *Worldwide Web Sys., Inc. v. Feltman*, 328 F.3d 1291, 1295 (11th Cir. 2003)("To establish mistake, inadvertence, or excusable neglect under Rule 60(b)(1), a defaulting party must show that: '(1) it had a meritorious defense that might have affected the outcome; (2) granting the motion would not result in prejudice to the non-defaulting party; and (3) a good reason existed for failing to reply to the complaint'."). In point of fact, the defendant has

failed to even assert a general denial of the claims of copyright infringement asserted in this action.  In addition, to the extent the defendant contends that he believed the complaint and summons was merely "a continuation of the settlement discussions that had been ongoing for approximately one year," he does not even assert that he attempted to contact plaintiffs' counsel to discuss the matter upon receipt of these documents and, more importantly, the summons issued in this case clearly belies any justification in such an alleged belief.

      **DONE** this 15th day of August, 2006.

                                                          s/ W. B. Hand
                                                 SENIOR DISTRICT JUDGE